# Notice Recipients

District/Off: 1086−7          User: admin          Date Created: 9/10/2021

Case: 21−08014          Form ID: pdfmtrx          Total: 4

**Recipients of Notice of Electronic Filing:**

aty          Bryan W. Morris          bryanmorris@bbsmlaw.com

                                                              TOTAL: 1

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**

pla          Farmers State Bank          POB 467          Allen, OK 74825

dft          Caleb Roy Ward          17260 Lake St          Coalgate, OK 74538−5016

ust          Office of the United States Trustee          Office of the AUST, Karen Walsh          224 S. Boulder Ave, Ste
             225          Tulsa, OK 74103

                                                              TOTAL: 3